# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| VIVIAN JENISE PETERS, | § § § | |
| Plaintiff | § § | |
| V. | § § | CASE NO. 4:15-CV-305 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | Judge Mazzant/Judge Bush |
| Defendant | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 27, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the decision of the Administrative Law Judge be **REVERSED AND REMANDED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is, therefore, **ORDERED** that the decision of the Administrative Law Judge is **REVERSED AND REMANDED**.

It is SO ORDERED.

SIGNED this 18th day of August, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE