# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| VIVIAN JENISE PETERS | § |
| | § Civil Action No. 4:15-CV-305 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2016, the report of the Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #17) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. # 17) is **GRANTED IN PART AND DENIED IN PART**, and the Commissioner is ordered to pay four thousand eight hundred forty-eight dollars and forty-seven cents ($4,848.47) as reasonable attorney's fees and costs made payable to Plaintiff, such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED.**
**SIGNED this 9th day of January, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE